JS-6

Lawrence Brewster
Regional Solicitor
Daniel J. Chasek,
Acting Associate Regional Solicitor
**Boris Orlov, Attorney** (CSBN #223532)
Office of the Solicitor (Sol#0918433)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile:  (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELAINE L. CHAO,**<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>           Plaintiff,<br><br>      v.<br><br>**FIRST PATROL, Inc.,** a California Corporation; and **GAB JEA CHO,** Individually and as Managing Agent of the Corporate Defendant<br><br>           Defendants. | Case No. CV 09-00343 PA (JCx)<br><br>**CONSENT JUDGMENT** |

      Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor ("Secretary") and defendants First Patrol, Inc., a California corporation and Gab Jea Cho, individually and as managing agent of the corporate defendant (collectively, "Defendants"), have agreed to resolve the matters in controversy in this civil action and consented to the entry of this Consent Judgment in accordance herewith:

1  A. The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5).

B. Defendants have appeared and (after having been advised by Plaintiff of the right to retain the assistance of defense counsel) acknowledge receipt of a copy of the Secretary's Complaint.

C. Defendants waive issuance and service of process and waive answer and any defenses to the Secretary's Complaint.

D. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§215(a)(2) and 215(a)(5), in any of the following manners:

1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3. Defendants have paid the $13,244.94 in backwages hereby found to be due under the FLSA to 5 employees, as a result of their employment by Defendants during the period of December 1, 2006 through June 8, 2008 as set forth in the attached Exhibit 1, showing the name of each employee and listing on the same line the gross backwage amount due the employee and the period covered by the Consent Judgment.

4. On or before January 30, 2008, Defendants shall deliver to the Wage and Hour Division, United States Department of Labor, 915 Wilshire Blvd. Suite 960, Los Angeles, CA, 90017 a schedule in duplicate bearing the firm name, employer identification number(s), address, and phone number of the Defendants and showing the name, last known (home) address, social security number, and gross backwage amount for each person listed in the attached Exhibit 1.

5. The Secretary shall allocate and distribute the remittances, or the proceeds thereof, less deductions for employees' share of social security and withholding taxes to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or be-cause of their refusal to accept it, shall be then deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c); and, it is further

ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1 nor

1  as to any employee named on the attached Exhibit 1 for any period not specified therein;
2  and, it is further
3      ORDERED that each party shall bear its own fees and other expenses incurred by
4  such party in connection with any stage of this proceeding, including but not limited to
5  attorneys' fees, which may be available under the Equal Access to Justice Act, as
6  amended; and, it is further
7      ORDERED that this Court shall retain jurisdiction of this action for purposes of
8  enforcing compliance with the terms of this Consent Judgment.

Dated: January 27, 2009

_____
U.S. DISTRICT COURT JUDGE

For the Defendants:

Each defendant hereby appears, waives any defense herein, consents to the entry of this Judgment, and waives notice by the Clerk of Court:

_____   01/14/09
GAB JEA CHO                        Date


For: First Patrol, Inc.


By: _____   01/14/09
     Authorized Agent              Date

Its: _President_____


For the plaintiff:

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DANIEL J. CHASEK
Acting Associate Regional Solicitor


_____   1-20-09
BORIS ORLOV                        Date
Attorney,
Attorneys for the Plaintiff

Consent Judgment (Sol#0918433)                              Page 5 of 5

## Exhibit 1

| Name | Period Covered Hereby | Amount |
|---|---|---|
| CARRERA, VICTOR | 07/22/2007 – 06/08/2008 | $ 760.00 |
| KIM, SEOK JOONG | 01/20/2008 – 06/08/2008 | 340.00 |
| LEE, BYUNG K. | 12/03/2006 – 06/08/2008 | 6,734.07 |
| LEE, JIN EUNG | 12/03/2006 – 06/08/2008 | 1,320.00 |
| LEE, WOO HONG | 10/15/2006 – 01/06/2008 | 4,090.87 |

**Consent Judgment** (Sol#0918433)